AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

10/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY



F I L E D
CLERK, U.S. DISTRICT COURT

10/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ram _____ DEPUTY

United States of America

v.

JUAN ROBERTO DE LA CRUZ REYES,

Defendant(s)

Case No. 5:24-MJ-00450

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 26 through May 28, 2024 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b);<br>18 U.S.C. § 2251(a) | Online Enticement of a Minor for Sexual Purposes;<br>Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/

_____
*Complainant's signature*

Ryan Ewing, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   October 31, 2024

_____
*Judge's signature*

City and state:   Riverside, California

Hon. David T. Bristow, U.S. Magistrate Judge
*Printed name and title*

AUSA: Christopher Brunwin – (213) 894-4242

## <u>AFFIDAVIT</u>

I, Ryan Ewing, being duly sworn, declare and state as follows:

### I.  <u>BACKGROUND OF SPECIAL AGENT RYAN EWING</u>

1.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2017. My daily duties include investigating criminal violations concerning child exploitation and child pornography, including violations pertaining to the distribution, receipt, and possession of child pornography, and the online enticement of child victims, in violation of Title 18 Section 2422(b), 2251, 2252, and 2252A.

2.    While employed by FBI, I have participated in over twenty federal investigations concerning violations of child exploitation and child pornography. I have gained experience through formal and on the job training concerning these types of investigations. As part of my training in child pornography and child exploitation investigations, I have seen examples of child pornography as defined in 18 U.S.C. § 2256 in all forms of media including computer media. I also discuss these types of investigations with other FBI Special Agents daily. Based on this training, experience, and consultation with other FBI Special Agents, I am familiar with crimes involving the use of computers and the Internet, the manner in which these crimes are perpetrated, as well as techniques, methods, or practices commonly used by persons engaged in this activity and indicia of this activity.

3.    I am also a FBI certified Digital Extraction
Technician where I have forensically imaged, reviewed, and
processed numerous forms of digital evidence. Through this and
through my position as a Special Agent I have taken specialized
digital forensic training from the accredited SANS Institute to
include Advanced Incident Response, Windows Forensic Analysis,
and Smartphone Forensic Analysis.

4.    I am a "law enforcement officer of the United States"
within the meaning of Title 18, United States Code, Section
2510(7), empowered by law to conduct investigations of, and make
arrests for, offenses enumerated in Title 18, United States
Code, Section 2516. I also am a Federal Law Enforcement Officer
within the meaning of Rule 41(b) of the Federal Rules of
Criminal Procedure, that is, a government agent engaged in the
enforcement of the criminal laws of the United States, and
thereby authorized to request issuance of federal search and
seizure warrants. I am empowered to conduct investigations of,
and to make arrests for, federal offenses.

## II. <u>PURPOSE OF AFFIDAVIT</u>

5.    This affidavit is made in support of a criminal
complaint against Juan Roberto De La Cruz Reyes ("REYES"),
described in Attachment A-2, search warrant for REYES for the
items to be seized that are described in Attachment B, and an
arrest warrant for REYES, for a violation of Title 18, United
States Code, Section 2422(b), Online Enticement of a Minor for
Sexual Purposes; and Title 18, United States Code, Section
2251(a), Sexual Exploitation of a Minor.  This affidavit is also

made in support of a search warrant for 32200 Cathedral Canyon
Dr, Apartment 82, Cathedral City, CA 92234 and storage spaces
associated with Apartment 82 and a dark blue Ford ranger with a
black bed rack and California license plate 6V80347, which has
been observed in a parking space for the residence (the "SUBJECT
PREMISES") described in Attachment A-1, for the items to be
seized described in Attachment B, both of which are incorporated
herein by reference.

    6.    The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from various law enforcement personnel and
witnesses.  This affidavit is intended to show merely that there
is sufficient probable cause for the requested complaint and
warrants and does not purport to set forth all of my knowledge
of or investigation into this matter.  Unless specifically
indicated otherwise, all conversations and statements described
in this affidavit are related in substance and in part only, and
all dates and times are on or about those indicated.

### III. __BACKGROUND ON CHILD EXPLOITATION OFFENSES, COMPUTERS, THE INTERNET, AND DEFINITION OF TERMS__

    7.    In this affidavit, the terms "minor," "sexually
explicit conduct," "visual depiction," "producing," and "child
pornography" are defined as set forth in 18 U.S.C. § 2256.  The
term "computer" is defined as set forth in 18 U.S.C.
§ 1030(e)(1).

    8.    Based upon my training and experience in the
investigation of child pornography, and information related to

me by other law enforcement officers involved in the
investigation of child pornography, I know the following
information about the use of computers with child pornography:

      a.  <u>Internet Service Providers</u>.  Individuals and
businesses obtain access to the Internet through ISPs.  ISPs
provide their customers with access to the Internet using
telephone or other telecommunications lines; provide Internet e-
mail accounts that allow users to communicate with other
Internet users by sending and receiving electronic messages
through the ISPs' servers; remotely store electronic files on
their customer's behalf; and may provide other services unique
to each particular ISP.  ISPs maintain records pertaining to the
individuals or businesses that have subscriber accounts with
them.  Those records often include identifying and billing
information, account access information in the form of log
files, e-mail transaction information, posting information,
account application information, and other information both in
computer data and written record format.

      b.  <u>IP Addresses</u>.  An Internet Protocol address ("IP
Address") is a unique numeric address used to connect to the
Internet.  An IPv4 IP Address is a series of four numbers, each
in the range 0-255, separated by periods (e.g., 121.56.97.178).
In simple terms, one computer in a home may connect directly to
the Internet with an IP Address assigned by an ISP.  What is now
more typical is that one home may connect to the Internet using
multiple digital devices simultaneously, including laptops,
tablets, smart phones, smart televisions, and gaming systems, by

way of example.  Because the home subscriber typically only has
one Internet connection and is only assigned one IP Address at a
time by their ISP, multiple devices in a home are connected to
the Internet via a router or hub.  Internet activity from every
device attached to the router or hub is utilizing the same
external IP Address assigned by the ISP.  The router or hub
"routes" internet traffic so that it reaches the proper device.
Most ISPs control a range of IP Addresses.  The IP Address for a
user may be relatively static, meaning it is assigned to the
same subscriber for long periods of time, or dynamic, meaning
that the IP Address is only assigned for the duration of that
online session.  Most ISPs maintain records of which subscriber
was assigned which IP Address during an online session.

   c. <u>Child erotica.</u>  Materials or items that are
sexually arousing to persons having a sexual interest in minors
but that are not necessarily obscene or do not necessarily
depict minors engaging in sexually explicit conduct.

   d. <u>Child pornography and/or Child Sexual Abuse
Material (hereinafter CSAM).</u>  Defined in 18 U.S.C. § 2256(8),
"child pornography" is any visual depiction, including any
photograph, film, video, picture, or computer or computer-
generated image or picture, whether made or produced by
electronic, mechanical or other means, of sexually explicit
conduct, where: (a) the production of the visual depiction
involved the use of a minor engaged in sexually explicit
conduct; (b) the visual depiction is a digital image, computer
image, or computer-generated image that is, or is

indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

e. Cloud-based storage. Digital data storage in which the digital data is stored on remote servers hosted by a third party (as opposed to, for example, on a user's computer or other local storage device) and is made available to users over a network, typically the Internet. Users of such a service can share links and associated passwords to their stored files with other traders of child pornography in order to grant access to their collections. Such services allow individuals to easily access these files through a wide variety of electronic devices such as desktop and laptop computers, mobile phones, and tablets, anywhere and at any time. An individual with the password to a file stored on a cloud-based service does not need to be a user of the service to access the file. Access is typically free and readily available to anyone who has an Internet connection.

f. Computer. An electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device and includes smartphones, other mobile phones, and other mobile devices. *See* 18 U.S.C. § 1030(e)(1).

g.   <u>Log files.</u>   Records automatically produced by
computer programs to document electronic events that occur on
computers. Computer programs can record a wide range of events
including remote access, file transfers, logon/logoff times, and
system errors. Logs are often named based on the types of
information they contain. For example, web logs contain specific
information about when a website was accessed by remote
computers; access logs list specific information about when a
computer was accessed from a remote location; and file transfer
logs list detailed information concerning files that are
remotely transferred.

h.   <u>Mobile applications.</u>   Specialized programs
downloaded onto mobile devices that enable users to perform a
variety of functions, including engaging in online chats,
reading books, or playing games.

i.   <u>Records, documents, and materials.</u>   Include all
information recorded in any form, visual or aural, and by any
means, whether in handmade, photographic, mechanical,
electrical, electronic, or magnetic form.

j.   <u>Sexually explicit conduct.</u>   Defined in 18 U.S.C.
§ 2256(2), means actual or simulated (a) sexual intercourse,
including genital-genital, oral-genital, anal-genital, or oral-
anal, whether between persons of the same or opposite sex; (b)
bestiality; (c) masturbation; (d) sadistic or masochistic abuse;
or (e) lascivious exhibition of the anus, genitals, or pubic
area of any person.

k.   <u>Visual depiction.</u>  Defined in 18 U.S.C. §
2256(5), includes undeveloped film and videotape, data stored on
computer disc or other electronic means which is capable of
conversion into a visual image, and data which is capable of
conversion into a visual image that has been transmitted by any
means, whether or not stored in a permanent format.

### IV.   <u>**TRAINING & EXPERIENCE ON SNAPCHAT**</u>

9.   Snap, Inc. is a company located in Santa Monica,
California that handles hundreds of millions of messages (also
known as "snaps") every day through the application Snapchat.
When messages or "snaps" are sent over the Snapchat network they
are able to be opened and viewed by the recipient Snapchat user.
Once the snap is opened, it remains viewable for a period of one
to ten seconds (exact time is decided by the sender) before the
snap is permanently deleted from the recipient's account. In
this way, Snapchat users can send one-time, expiring messages to
each other that contain photos and text.

10.   I know from my investigations that individuals with a
sexual interest in children often use applications such as
Snapchat for a number of reasons. One, Snapchat is often used by
children. Two, it helps conceal illicit sexual conduct because
of the nature of the disappearing messages. Three, there are
minimal, if any, verification requirements which allows false
online identities to be more easily created and maintained.

### V.   <u>**BACKGROUND ON CYBERTIPS**</u>

11.   <u>CyberTipline Report.</u> The National Center for Missing
and Exploited Children ("NCMEC") was established in 1984 as a

private, nonprofit 501(c)(3) organization. NCMEC provides
services nationwide for families and professionals in the
prevention of abducted, endangered, and sexually exploited
children.  Pursuant to its mission and its congressional
authorization (see 42 U.S.C. § 5773), NCMEC operates the
CyberTipline and the Child Victim Identification Program to
assist law enforcement in identifying victims of child
pornography and child sexual exploitation.  NCMEC works with law
enforcement, Internet service providers, electronic payment
service providers, and others to reduce the distribution of
child sexual exploitation images and videos over the Internet.
NCMEC's CyberTipline is the nation's centralized reporting
system for the online exploitation of children.  The public and
electronic service providers can make reports of suspected
online enticement of children for sexual acts, extra-familial
child sexual molestation, child pornography, child sex tourism,
child sex trafficking, unsolicited obscene materials sent to a
child, misleading domain names, and misleading words or digital
images on the internet.  NCMEC does not investigate and cannot
verify the accuracy of information reported to NCMEC.  NCMEC
forwards the reports of child sexual exploitation to law
enforcement for purposes of investigation and disposition of
potential criminal wrongdoing to be determined solely by the
relevant law enforcement agency and prosecutor's office.  As
part of the CyberTipline program, internet service providers
that identify suspected child exploitation material on their
systems may send a report to NCMEC.  The reports contain

information such as the account name, name, telephone number, and ISP address associated with an individual who uploaded suspected child exploitation material.  The CyberTipline reports also indicate whether the provider viewed the suspected child exploitation material.

## VI. PREMISES TO BE SEARCHED

12.  The premises to be searched is the SUBJECT PREMISES described in Attachment A-1.

## VII.  ITEMS TO BE SEIZED

13.  The items to be seized are the evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2422(b), Online Enticement of a Minor for Sexual Purposes; and Title 18, United States Code, Section 2251(a), Sexual Exploitation of a Minor. (the "Subject Offenses"), as described in Attachment B.

## VIII.    SUMMARY OF PROBABLE CAUSE

### A.    Initial Report of a Child Victim

14.  On May 28, 2024, Minor Witness 1, whose identity is known to me and who was 14 years-old at the time, (hereinafter "MW1") reported that MW1's 14 year-old friend in Redding California, whose identity is known to me, (hereinafter referred to as "CV1"), was being extorted to produce child sexual abuse material online, through the mobile application Snapchat. MW1 provided screenshots of chat conversations MW1 received which appeared to be between CV1 and Snapchat display name

Rob:3(downcast face with sweat emoji), (hereinafter referred to as "Snap_ROB"). Below is an excerpt from the chat conversation:

- CV1: I want you to delete the videos

- Snap ROB: That's it ?

- CV1: yes

- Snap ROB: alright

- CV1: and don't show anyone

- Snap ROB: I already told you i'm selfish and jealous i wouldn't want others to see u

- CV1: someone else added me i'm not stupid

- Snap ROB: Yea I already told you that was me (loudly crying face emoji)

- CV1: so why would you do that then

- Snap ROB: just to get your attention

The timestamp on the screenshots of the conversation identified 9:50 with the conversation timestamps ranging from 9:49 PM to 9:50 PM. MW1 also provided a screenshot of the display name "Snap_ROB" being associated with the Snapchat username "meowza.12".

B. **Witness Interview of CV1's Mother**

15.   Through additional investigative steps, CV1's mother, ("AW1"), whose identity is known to me, was identified and interviewed. AW1 confirmed that CV1 was born in February 2010

and was 14 years old.  I informed AW1 that there was information
to indicate that CV1 had been the victim of minor sexual
exploitation, and AW1 agreed to talk to CV1 that night.  The
next day, AW1 contacted me and advised that AW1 had learned from
CV1 that CV1 had been feeling down and decided to allow random
encounters on Snapchat where she connected with "Rob," who used
the Snapchat id "Meowza.12." After talking with "Rob," CV sent
nude videos of herself to the "Meowza.12" account. CV1 decided
to stop communicating with "Rob" but then received a message
from another Snapchat account, identified as "Quanito." The
"Quanito" account sent a video of CV1 to CV1 and threatened to
send videos to CV1's friends and family if CV1 did not send more
videos.

C.   **Subpoenas Identify REYES**

16.  On May 29, 2024, the FBI received subscriber
information from Snap, Inc. regarding the account with Snapchat
identifier "meowza.12," including the following subscriber data:
telephone number 1-760-641-0286 (the "0286 Number"), Creation IP
address: 192.243.64.60, User ID: c82ac19a-45ef-4849-b843-
5457ac3a9edd, User agent: iPhone14,4;[1] iOS 17.4.1 and IP
addresses 174.218.120.223, 174.218.123.94, 174.218.126.196,

---

[1] According to Everymac.com, an iPhone 14,4 is an iPhone
Mini.  https://everymac.com/ultimate-mac-
lookup/?search_keywords=iPhone14,4 (last visited 9/12/2024 at
3:38PM PDT).

174.227.106.233, 174.227.110.148, and 174.227.99.183 that were used at specific times between May 22, 2024 to May 29, 2024.

17.  On July 2, 2024, the FBI received information from Verizon regarding the 0286 Number, including the following subscriber information: Name: Juan R Reyes, Address: 68359 Terrace Road, Cathedral City, CA 92234, Equipment Name: iPhone 13 mini 128 midnight, IMEI: 350257573673193, and IMSI: 311480721869341.

18.  On July 23, 2024, the FBI received information from Verizon regarding the IP addresses 174.218.120.223, 174.218.123.94, 174.218.126.196, 174.227.106.233, 174.227.110.148, and 174.227.99.183, which were reported for Snapchat user "Meowza.12" and the 0286 Number, as described in paragraph 16. Verizon stated that those IP addresses were associated with Network Address Translation router IP addresses which can have many users at the same time. Therefore, each of the six IP addresses provided were associated with 20 to 97 different phone numbers. By sorting the data, there was only a single phone number that was associated with all six IP addresses which was the 0286 number associated with Juan R Reyes.

19.  On July 22, 2024, the FBI received information from Snap, Inc. regarding the Snapchat identifier "quan.ito," User ID: 044711f8-508e-495d-b8c6-fafaa229366a. Analysis of Snap

"quan.ito," User ID 044711f8-508e-495d-b8c6-fafaa229366a and "meowza.12," User ID: c82ac19a-45ef-4849-b843-5457ac3a9edd determined that they were likely being used by the same user, as described in the following paragraphs.

20.  The user agents[2] for "quan.ito" and "meowza.12" appeared to be the same between the two accounts.  For example, when one account was updated to a new user agent -- for example, Snapchat/12.85.1.0 (iPhone14,4; iOS 17.4.1; gzip) was updated to Snapchat/12.86.0.47 (iPhone14,4; iOS 17.4.1; gzip) -- both accounts were updated within the same timeframe. Another example of the parity in use between the accounts "quan.ito" and "meowza.12" is that the logoff and login actions occurred in rapid succession -- appearing to move quickly from one account to the other, and with the same IP address.  This is illustrated in the following examples:

- Sun May 26 18:45:45 UTC 2024 quan.ito logout, 174.218.120.223

- Sun May 26 18:45:48 UTC 2024 meowza.12 login, 174.218.120.223

- Mon May 27 06:02:15 UTC 2024 meowza.12 logout, 174.227.106.233

---

[2] User agent refers to the specific means that users are accessing Snapchat.  In this case it appears that the user of both accounts updated to Snapchat version 12.86.0.47 on an iPhone 13 Mini at around the same time, and both accounts then continued to use the updated version of the Snapchat app.

- Mon May 27 06:02:17 UTC 2024 quan.ito login, 174.227.106.233

- Tue May 28 02:34:06 UTC 2024 meowza.12 logout, 174.227.110.148

- Tue May 28 02:34:20 UTC 2024 quan.ito login, 174.227.110.148

21.  The fact that the data shows that the two accounts were accessing Snapchat by the same IP addresses and at essentially the same times is additional evidence that the "quan.ito" and "meowza.12" Snapchat accounts were used by the same person.  As an additional example, the data between March 1, 2024 to June 30, 2024 indicates that there were 19,108 "login/logoff" events, in which one account logged out of Snapchat, and that "logoff" was followed very quickly by a "login" to the other account.  Additionally, for those "login/logoff" matches, there were only 49 occurrences where they did not both share the same IP address. Overall, the two Snap accounts shared 99.74% of their IP addresses across a four-month period.

**D.  Open-Source for the 0286 Number Identifies REYES**

22.  Open-source research of the identifiers of the name "Juan R Reyes" and the 0286 Number identified Juan Roberto De La Cruz Reyes, Date of Birth 01/07/2001, 23 years old, and a social security account number ending in 9826, Alien registration card

214372986, and an address of 68359 Terrace Road, Cathedral City, CA 92234.

**E.    Consent Search of the CV1's Phone Shows Contacts**

23.    On June 6, 2024, AW1 and CV1 agreed to a consent search of CV1's cellular telephone. The search revealed two screenshots of the chat conversations between CV1 and "Snap_ROB" that were sent to MW1. There was also over 300 database entries (i.e. chat entries, contacts, etc.) from around May 26, 2024, with "Snap_ROB." Then, after 22 hours of no contact within the database, there were four contacts with Snapchat account that was stored in the phone and identified as "Quanito."  Those were followed by over 100 additional database entries with "Snap_ROB." The phone also held a deleted note that was titled "fbi stuff" with the entry "Snap_ROB – meowza.12 Quanito-second account."

**F.    CAFI Interview**

24.    On June 25, 2024, CV1 underwent a Child/Adolescent Forensic Interview (CAFI) in which CV1 confirmed that CV1 turned 14-years old in February 2024. CV1 stated that "Snap_ROB" messaged CV1 and CV1 told "Snap ROB" she was 14 years old during their communications. CV1 advised that "Snap_ROB" requested that CV1 produce multiple short Child Sexual Abuse Material (hereinafter referred to as CSAM) videos through Snapchat and directed CV1 to pose in different positions and expose her

vagina by spreading her legs apart.  "Snap ROB" also directed CV1 to perform different sexualized activities such as inserting CV1's panties into CV1's vagina and riding a pillow.  The actions resulted in CV1 producing 20 to 30 short CSAM videos through Snapchat. CV1 advised that "Snap_ROB" had been disappointed when CV1 did not have any objects available to insert into CV1's vagina.

25.  CV1 advised that CV1 "blocked" "Snap_ROB" at some point and received a message the next day from "Quanito."  As described, "Quanito" sent CV1 CSAM videos of CV1 and threatened to send the CSAM videos to other if CV1 did not produce more. CV1 then "unblocked" Snap_ROB and confronted "Snap ROB" about sending the videos CV1 sent him. CV1 advised that CV1 believed that "Snap_ROB" and "Quanito" were actually the same person and using two different accounts.  CV1 also advised that CV1 was physically located within Shasta County, California when CV1 was threatened and produced the videos.

**G.    Apple Search Warrant**

26.  On August 11, 2024, the FBI received an Apple Inc. search warrant return on information associated with the Apple Account associated with IMEI: 350257573673193 and/or the 0286 number. Apple provided the Apple ID, juanrob1102@gmail.com and the verified the 0286 number.  Within the notes folder saved within the iCloud account was the social security number XXX-XX-

9826, which is the social security number identified for Juan R
REYES. Within the iCloud account was a selfie-style video that
shows an adult male who closely resembles the official DMV
photographs of Juan R REYES. This video depicted an adult male
with a visible tattoo on his shoulder of a cat and another
tattoo on his forearm of a female's face.  The tattooed cat
image would appear to reflect an interest in cats, like the
"meowza" term included in the Snapchat identification. The image
is as follows:



     27.  Within the iCloud account also were two photographs,
IMG_1247 (copy 1).HEIC and IMG_0637.HEIC, which depicted a dark

blue Ford ranger with a black bed rack and California license plate 6V80347 as shown below:



28.    This vehicle license plate, 6V80347, was queried within the California Law Enforcement Telecom System ("CLETS"). The vehicle was registered to "Juan Roberto Delecruz" at 68359 Terrace Road, Cathedral City, CA 92234. The registration was valid from 02/28/2023 to 02/28/2024. This information matched with the subject REYES.

29.    The iCloud account also included four images IMG_0004.PNG, IMG_0005.PNG, IMG_0006.PNG, and IMG_0007.PNG. These four images appeared to be mobile screen captures of the mobile application Snapchat within the "My Eyes Only" section of the Snapchat application.  These photos show a collection of four to 12 images and videos of at least three different females in various stages of undress exposing their anuses and vaginas. Approximately half of the images and videos involved the insertion of foreign objects into the victim's vagina or anus.

The females appeared to be young, but it was not determined if they were minors.

### H.   NCMEC CyberTipline Reports

30.   On August 14, 2024, the FBI received two NCMEC reports that Snapchat submitted. These reports provided identifier information which aligned with known identifiers of REYES along with eleven photographs that Snapchat employees categorized as depicting pubescent minors.  Seven of the categorized photographs depicted a sex act and four depicted the lewd and lascivious exhibition of a minor's genitals.

### I.   Snapchat Search Warrant

31.   On August 16, 2024, the FBI received a search warrant return from Snapchat with data from user accounts "meowza.12" and "quan.ito." The subscriber information matched data that was previously provided pursuant to a subpoena, with identifiers associated with REYES. In addition, the contents of the accounts included multiple "selfie"-style photographs that were sent from both accounts that showed an adult male with the visible tattoo on his shoulder of a cat and another tattoo on his forearm of a female's face as follows:



32. Geolocation data captured by Snapchat with duplicate data removed included 959 different points of data. These points were mapped and resulted in most of the points located near 32200 Cathedral Canyon Drive, Cathedral City, California, as shown on this map:



33.   Geolocation data captured by Snapchat during the specific time frame of 05/26/2024 22:44 UTC to 05/28/2024 05:03 UTC when REYES enticed CV1 to produce CSAM was reviewed, and all the data was in and around Cathedral City California.

34.   The eleven photos provided by Snapchat in the NCMEC reports were located within the Snapchat return and appeared to have been sent from five different Snapchat accounts. These five accounts are being treated as unidentified child victims and steps are being taken to properly identify the victims and provide victim resources.

35.   CV1's profile was located, and the communications also confirmed that CV1 had notified REYES that she was 14-years-old. There were also CSAM and child erotica images and videos in REYES' communications with CV1. The review of the Snapchat accounts indicated that REYES asked CV1 to create and send him

22

approximately two CSAM images and 38 CSAM videos. I reviewed those files and determined that they depict sexually explicit conduct as defined in 18 U.S.C. § 2256. CV1 also created approximately 21 child erotica images and seven child erotica videos at REYES' request. Child Erotica material consists of, but is not limited to, sexually suggestive content involving a minor that is sexually arousing to persons having sexual interest in minors.

36. Along with the shared obscene media material, there were multiple messages where REYES solicited CSAM material from CV1. Some of the messages occurred via a photograph or video that had visible text on the media. The occurrences are annotated with the (photo) indicator. CSAM videos are identified by their unique MD5 hash value rather than their file name due to having identifying information of CV1 within the file name. The following is a summary of the messages (The text not indicated by parentheses or brackets is verbatim):

- Meowza.12, 5/27/2024 05:17 (photo)- let me see you taste yourself and then fuck your pussy more
- CV1, 5/27/2024 05:18 to 05:20- [Agent note: three CSAM videos were sent by CV1 which depicted masturbation they were as follows:]
    - o CSAM video, MD5 6546777403d66e70d9571610b9f322ed
    - o CSAM Video, MD5 626fb2bcbca8765709d9dec8bcaf6697
    - o CSAM video, MD5 86beb78fc28a75da7acd6f89b8ba85bb

- Meowza.12, 5/27/2024 05:23 (photo)- i wanna see one of your legs down and one up open on the side in air while yo fuck yourself :3
- CV1, 05/27/2024 05:24 (photo)- i'll try for you :3
- Meowza.12, 5/27/2024 05:25 (photo)- such a good girl
- CV1, 05/27/2024 05:25 (video)- [Agent note: Two CSAM videos of CV1 masturbating are sent with one leg up and one leg down.]
    - CSAM video, MD5 f86c3e2d6c1e97729b0f7ca082e8855e
    - CSAM video, MD5 16ee3fdbb506360c66496835ec18d0b4
- Meowza.12, 5/27/2024 05:53 (photo)- leave it in your mouth while your fuck your pussy ;3
- CV1, 05/27/2024 05:54 (video)- [Agent note: Two CSAM videos of CV1 masturbating with underwear in her mouth are sent.]
    - CSAM video, MD5 65abdb7ae514faf35870123d7d217cd6
    - CSAM video, MD5 f6f5b88ecaec163f272d334958022631
- Meowza.12, 5/27/2024 05:57 (photo)- i'd actually like it you had socks on more:3 i just like seeing you twitch :d

**J.   Historical and Prospective Cell Site and Location Warrant**

37.   On October 8, 2024, the FBI received a Verizon historical and prospective cell site and location warrant for the 0286 number, which REYES used to communicate with CV1. As of October 16, 2024, the historical and perspective data received shows sporadic movement with no clear pattern of life and the

device being within the vicinity of the SUBJECT PREMISES for multiple days at a time.

### K.    Location of Subject

38.   On August 1, 2024, a physical surveillance request was sent to the Los Angeles division of the Federal Bureau of Investigation to positively identify the location of REYES for a possible search and arrest warrant operation. During multiple surveillance operations, the dark blue Ford ranger with California license plate 6V80347 was located in the parking area for the SUBJECT PREMISES. This vehicle has not been seen moving from its parking spot. Signs of life within the SUBJECT PREMISES were observed in the form of the lights going on and off and the front door being decorated in Halloween theme decorations on or about October 10, 2024.

39.   The United States Parcel Service was able to confirm that a person by the name "Juan Reyes" received a package at the SUBJECT PREMISES on May 10, 2024.

40.   On October 23, 2024, FBI Special Agents observed a person matching the description of REYES at the SUBJECT PREMISES.  The person believed to be REYES parked a red, 2-door Toyota pickup truck that carried pool-cleaning equipment and a sign that read "Jaime's Pool Supply" in the garage enclosure, east of the residence, with the number "82" above, and then appeared to have entered the SUBJECT PREMISES.

## IX. <u>TRAINING & EXPERIENCE ON THE BEHAVIOR OF INDIVIDUALS WHO SEXUALLY EXPLOIT CHILDREN</u>

41.  Based on my training and experience and conversations I have had with others, I understand that it is not uncommon for a minor female to engage in sexual conduct and share it online with an older male individual without immediately reporting the situation. When this happens, it tends to be because either the minor child feels she is in love with the male or because she is afraid of him, or sometimes both.

42.  Some male predators are skilled in grooming the girl, sometimes for years. This grooming usually takes the form of them being a source for unending praise and understanding to the girl, telling her how beautiful she is when she may be insecure about her looks, telling her how smart she is when she may be insecure about her intelligence, telling her how he wants to be with her when she is desperate for someone to love her like that, and so on. The feelings of love in these girls are often very real and they do not want the man to get into trouble.

43.  Some subject use coercion or fear to manipulate a minor girl. For example, if a predator entices a girl to send her a naked photograph of herself, he will then threaten to send that image to her friends and family if she does not send him more. The girl may then protect the man out of fear of what he will do with those images if she does not protect him.

44.    In order to ascertain if either grooming or coercion was used, law enforcement will generally interview the minor child, but will also try to obtain legal authority to search devices so that chats, emails, and other information can be analyzed to determine whether the minor child is trying to protect the adult, whether it be due to love or fear or both. The information in these devices and accounts often will show the true nature of the relationship.

## X.  CONCLUSION

45.    For all the reasons described above, there is probable cause to believe that REYES has violated Title 18, United States Code, Sections 2422(b)(Coercion and Enticement of a Minor for Sexual Purposes) and 2251(a)(Sexual Exploitation of a Minor).

46.    Further, there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of violations of the Subject Offenses will be found at the SUBJECT PREMISES, as described in Attachment A-1, and on REYES' person, as described in Attachment A-2.

## XI. REQUEST FOR SEALING

47.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant affidavit.  I believe that sealing is necessary because the items and information to be seized is relevant to an ongoing investigation into criminal conduct involving minor victims and as far as I am aware, the targets of this investigation remain unaware that they are being

investigated.  Disclosure of the search warrant affidavit at
this time would seriously jeopardize the investigation, as such
disclosure may provide an opportunity to destroy evidence,
change patterns of behavior, or allow flight from prosecution.
Further, based upon my training and experience, I have learned
that online criminals often search for criminal affidavits and
search warrants via the Internet, and disseminate them to other
online criminals as they deem appropriate, i.e., post them
publicly online through forums.  Premature disclosure of the
contents of this affidavit and related documents may have a
significant and negative impact on this continuing investigation
and may severely jeopardize its effectiveness.


/S/
_____
Special Agent Ryan Ewing
Federal Bureau of
Investigation


Subscribed to and sworn before me
this 31st day of October, 2024.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE